OPINION — AG — ** EDUCATION FOR ALL HANDICAPPED CHILDREN — STUDENT TRANSPORTATION ** THE PROVISIONS OF 70 O.S. 1741 [70-1741] WHICH REQUIRES PARENTS TO PAY FOR THE TRANSPORTATION OF DEAF STUDENTS TO AND FROM THE OKLAHOMA SCHOOL FOR THE DEAF CONFLICTS WITH THE AUTHORITY OF THE BOARD OF EDUCATION, UNDER THE PROVISIONS OF 70 O.S. 3-104 [70-3-104] AND 70 O.S. 13-107 [70-13-107] TO APPLY FOR AND RECEIVE FROM THE FEDERAL GOVERNMENT FUNDING UNDER THE EDUCATION FOR ALL HANDICAPPED CHILDREN ACT, 20 U.S.C.A. 1400 ET SEQ. THAT PROVISION OF 70 O.S. 1741 [70-1741] IS THEREFORE SUPERCEDED BY 70 O.S. 3-104 [70-3-104], 70 O.S. 13-107 [70-13-107] TO THE EXTENT NECESSARY TO ENABLE THE BOARD TO APPLY FOR AND RECEIVE SUCH FUNDS. SEE: 70 O.S. 1-121 [70-1-121] — TO THE EXTENT THAT OPINION NO. 84-088 IS INCONSISTENT WITH THE OPINION EXPRESSED THEREIN, IT IS HEREBY WITHDRAWN. (SCHOOL BUS, HANDICAPPED CHILDREN) CITE: 70 O.S. 1733 [70-1733], 70 O.S. 1-101 [70-1-101], 70 O.S. 30-104 [70-30-104] 70 O.S. 1731 [70-1731] (SUSAN BRIMER AGOSTA)